UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Jun 14, 2023
DEBORAH S. HUNT, Clerk

No. 22-5851

EUGENIE HENNING,

    Plaintiff-Appellant,

v.

CITY OF JACKSON, TN,

    Defendant-Appellee.

Before: CLAY, WHITE, and LARSEN, Circuit Judges.

## JUDGMENT

On Appeal from the United States District Court for the Western District of Tennessee at Jackson.

THIS CAUSE was heard on the record from the district court and was submitted on the briefs without oral argument.

IN CONSIDERATION THEREOF, it is ORDERED that the judgment of the district court is AFFIRMED.

**ENTERED BY ORDER OF THE COURT**

Deborah S. Hunt, Clerk