# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: July 06, 2023

Ms. Wendy R. Oliver
Western District of Tennessee at Jackson
111 S. Highland Avenue
Suite 262 U.S. Courthouse
Jackson, TN 38301-0000

      Re:  Case No. 22-5851, *Eugenie Henning v. City of Jackson, TN*
            Originating Case No. : 1:21-cv-01040

Dear Ms. Oliver,

  Enclosed is a copy of the mandate filed in this case.

                                      Sincerely yours,

                                      s/Paris LaRon Robinson
                                      for Gretchen Abruzzo, Case Manager

cc:  Mr. John D. Burleson
      Mr. Matthew Robert Courtner
      Ms. Eugenie Henning

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 22-5851

_____

Filed: July 06, 2023

EUGENIE HENNING

    Plaintiff - Appellant

v.

CITY OF JACKSON, TN

    Defendant - Appellee

## MANDATE

  Pursuant to the court's disposition that was filed 06/14/2023 the mandate for this case hereby issues today.

COSTS: None